**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>ARUP USA, INC., et al.<br><br>              Defendants. | CASE NO. 2:23-cv-05876-JLS-MAA<br><br>**JUDGMENT OF DISMISSAL** |

   In light of Plaintiff's Request for Entry of Judgment (Doc. 35) and intent to appeal, JUDGMENT OF DISMISSAL is hereby entered.

DATED:  August 28, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1